FLORENCE BLAUFELD, Respondent, *v.* DOROTHY HYAMS, Appellant.

(Argued January 29, 1936; decided March 3, 1936.)

*Henry A. Blumenthal* for appellant.

*Sidney I. Prager* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.